**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| W.M., SR. AND D.M., | : | No. 387 WAL 2017 |
| | : | |
| Petitioners | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| WESTMORELAND COUNTY | : | |
| CHILDREN'S BUREAU, | : | |
| | : | |
| Respondent | : | |


**<u>ORDER</u>**


**PER CURIAM**

     **AND NOW**, this 1st day of December, 2017, the Petition for Allowance of Appeal is **DENIED**.